IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02024-RPM

BRET MILNER,

    Plaintiff,

v.

NANCY MILNER,
RICHARD MILNER, and
MILNER DISTRIBUTION ALLIANCE, INC.,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal without Prejudice [18] filed October 8, 2014, it is

ORDERED that the complaint is dismissed without prejudice, each party to pay their own costs and attorneys' fees.

DATED:   October 8th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge